**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR184 |
| | ) | |
| vs. | ) | |
| | ) | |
| **STEVEN MORGAN,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant's Motion for Enlargement of Time (to continue trial) [35]. Counsel requests addition time to explore plea negotiations. The defendant has previously complied with NECrimR 12.1(a). See filing [29]. For good cause shown,

**IT IS ORDERED** that the Motion for Enlargement of Time (to continue trial) [35] is granted, as follows:

1. The jury trial now set for October 18, 2016 is continued to **November 22, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 22, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED October 11, 2016.

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**