IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:16CR184** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STEVEN MORGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court, *sua sponte*, following the hearing on the motion to withdraw as counsel for defendant Steven Morgan (Morgan) by Mr. J. Bruce Teichman (Mr. Teichman) and Ms. Katie M. Martens (Ms. Martens). The court held a hearing on the motion on November 9, 2016. Morgan was present with Mr. Teichman and Ms. Martens. The government was represented by Assistant U.S. Attorney Thomas J. Kangior. Following an *ex parte* discussion with Morgan and counsel, the court determined the motion to withdraw should be denied. During the same hearing Morgan was released for substance abuse treatment at the Omaha Campus for Hope. A request for additional time to consider a plea agreement or prepare for trial was considered and granted. Trial of this matter previously scheduled for November 22, 2016, was continued to January 10, 2017. Morgan agreed to the request and understood the additional time would be excluded under the computations of the Speedy Trial Act. Accordingly,

**IT IS ORDERED:**

1. Trial of this matter is continued **to January 10, 2017**, before Chief Judge Laurie Smith Camp and a jury.

2. The ends of justice have been served by granting such request and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **November 9, 2016, and January 10, 2017,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B) and § 3161(h)(2).

DATED this 9th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge